**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| EUGENE P. LEONI, JR., | : | Nos. 397-400 MAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GREGORY T. LEONI (AS THE | : | |
| EXECUTOR OF THE ESTATE OF | : | |
| EUGENE LEONI, SR.) AND MARIAN | : | |
| LEONI, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.